### JEFFERSON v. THE STATE.

ATKINSON, J. Where an excerpt from a charge of the court is excepted to generally, without indicating any specific defect, and the charge in the abstract is correct, this court will not undertake to examine the record to see whether the excerpt is properly adjusted to the facts of the case; nor will the giving in charge of such excerpt be held to be erroneous. See, in this connection, *Anderson* v. *Southern Ry. Co.*, 107 *Ga.* 500 (33 S. E. 644); *O'Neal* v. *O'Neal*, 112 *Ga.* 348 (37 S. E. 375); *Roberts* v. *State*, 114 *Ga.* 450 (40 S. E. 297); *Owens* v. *State*, 120 Ga. 209 (2), (47 S. E. 545); *Georgia, Fla. & Ala. Ry. Co.* v. *Lasseter*, 122 *Ga.* 680 (6), (51 S. E. 15).

2. The evidence was sufficient to support the verdict, and there was no error in refusing to grant a new trial.

> *Judgment affirmed. All the Justices concur.*

Submitted June 15,—Decided July 14, 1908.

Indictment for murder. Before Judge Littlejohn. Wilcox superior court. April 11, 1908.

*E. H. Williams*, for plaintiff in error. *John C. Hart, attorney-general*, and *Walter F. George, solicitor-general*, contra.